**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

BARBARA CHIZNIAK, WAYNE BAILEY, RICHARD WILLIS, LARRY JOHNSON, JEAN DUCHAM, JEFFREY BROOM, and ROBBIE SHEETS, *on behalf of themselves and others similarly situated,*

                Plaintiffs,

  v.

CERTAINTEED CORPORATION d/b/a CertainTeed Saint-Gobain; and SAINT-GOBAIN CORPORATION d/b/a Saint-Gobain North America, d/b/a Saint-Gobain,

                Defendants.

**Docket No.:** 1:17-cv-1075

---

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is voluntarily dismissed with prejudice as to all causes of action asserted, or which could have been asserted, against Defendants, CertainTeed LLC[1] and Saint-Gobain Corporation, in this action, with the parties to bear their own attorneys' fees and costs.

---

[1] CertainTeed LLC is the successor to certain assets and liabilities, including any liabilities arising from the claims asserted in this action against CertainTeed Corporation.

Dated: May 27, 2020  BY:  /s/ *James R. Peluso, Esq.*
Donald W. Boyajian, Esq
James R. Peluso, Esq.
DREYER BOYAJIAN LLP
75 Columbia Street
Albany, New York 12210
Tel: 518-463-7784
E-mail: dboyajian@dblawny.com
E-mail: jpeluso@dblawny.com

*Attorneys for Plaintiffs*

Dated: May 27, 2020  BY:  /s/ *Michael J. Lowder, Esq.*
KERRANE STORZ, P.C.
370 Interlocken Boulevard
Suite 630
Broomfield, CO 80021
Tel: 720-898-9680
E-mail: mlowder@kerranestorz.com

*PRO HAC VICE*
*Attorneys for Plaintiffs*

Dated: May 27, 2020  By:  /*s/ Elliot A. Hallak, Esq.*
Elliot A. Hallak, Esq.
HARRIS BEACH, PLLC
677 Broadway, Suite 1101
Albany, New York  12207
Tel: (518) 427-9700
Fax: (518) 427-0235
E-mail: ehallak@harrisbeach.com

*Attorneys for Defendants*

Dated: May 27, 2020  By:  /*s/ Robert L. Hickok, Esq.*
Robert L. Hickok, Esq.
Leah Greenberg Katz, Esq.
Anthony Vale, Esq.
Christopher W. Wasson, Esq.
PEPPER, HAMILTON LAW FIRM
3000 Two Logan Square
18th Arch Street
Philadelphia, PA 19103-2799

2

        Tel: (215) 981-4000  
        Fax: (215) 981-4750  
        Email: hickokr@pepperlaw.com  
        Email: katzl@pepperlaw.com  
        E-mail: valea@pepperlaw.com  
        Email: wassonc@pepperlaw.com  

*PRO HAC VICE*  
*Attorneys for Defendants*

**IT IS SO ORDERED.**  
**May 28, 2020**

        _____  
        Frederick J. Scullin, Jr.  
        Senior United States District Judge

3